CARL GORDON
**UNIVERSITY OF THE 'HOOD®**
8306 Wilshire Blvd., No. 792
Beverly Hills, CA 90211
Tel. (310) 926-3939
Email: universityofthehood@gmail.com
Amicus Curiae (Pro Se), CARL GORDON

FILED
CLERK, U.S. DISTRICT COURT
10/2/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ____EC____ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (SOUTHERN DIVISION)

| | |
|---|---|
| STEVE HILTON,<br><br>Plaintiff,<br><br>v.<br><br>SHIRLEY WEBER, in her official capacity as CALIFORNIA SECRETARY OF STATE,<br><br>GOV. GAVIN NEWSOM in his official capacity,<br><br>Defendants<br>_____<br><br>and the LEGISLATURE OF CALIFORNIA,<br>Real Parties in Interest<br>_____ | CASE No: 8:25-cv-01988-KK-E<br><br>**AMICUS CURIAE CARL GORDON'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF AND NOTICE OF MOTION** |

**NOTICE OF MOTION**

TO THE HONORABLE KENLY KIYA KATO, DISTRICT JUDGE, AND TO HONORABLE CHARLES F. EICK, MAGISTRATE JUDGE, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on a date and time to be determined by the Court, in Courtroom 3 of the United States District Court for the Central District of California, Southern Division, located at 411 West Fourth Street, Santa Ana, California, Amicus Curiae **Carl Gordon** will, and hereby does, move this Court for leave to file the attached **Amicus Curiae Brief in Support of Plaintiff Steve Hilton.**

This Motion is made pursuant to the Court's discretion to permit the filing of amicus briefs, and is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the proposed Amicus Curiae Brief submitted herewith, the [Proposed] Order filed concurrently, and upon such further evidence and argument as may be presented at or before the hearing on this matter.

**Dated**: October 2, 2025                    Respectfully submitted,

*Carl Gordon*

Carl Gordon
Amicus Curiae pro se
8306 Wilshire Blvd., No. 792
Beverly Hills, CA 90211
universityofthehood@gmail.com
(310) 926-3939

**AMICUS CURIAE CARL GORDON'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF AND NOTICE OF MOTION**

TO THE HONORABLE KENLY KIYA KATO, DISTRICT JUDGE, AND TO HONORABLE CHARLES F. EICK, MAGISTRATE JUDGE, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on a date and time to be set by the Court, Amicus Curiae **Carl Gordon** respectfully moves for leave to file the attached Amicus Curiae Brief in support of Plaintiff **Steve Hilton** in the above-captioned case.

Amicus has a direct and substantial interest in this matter as a defrauded fee-paying replacement candidate, along with other similarly situated candidates, in the 2021 gubernatorial recall election, and as a four-year self-represented litigant in multiple related federal cases presently pending in this District Court and in the Ninth Circuit Court of Appeals involving Governor Newsom's and Secretary of State Weber's repeated violations of constitutional provisions and California election laws, which have deceived and misled 22.9 million registered voters. Amicus Curiae Carl Gordon serves as a truth-teller for the Court regarding these defendants, explaining how the facts are relevant and directly parallel the instant case. Amicus also has a direct interest as a relator in a False Claims Act action presently pending concerning the misuse of federal election funds in the 2020 presidential election and the 2021 recall election. And now it appears that the same bad actors are traveling down the same road with Proposition 50, ironically titled the "Election Rigging Response Act," advanced by Governor Newsom, Secretary of State Weber, and Governor Newsom's Ballot Measure Committee.

The proposed Amicus Brief will assist the Court by providing unique context, constitutional history, and a developed evidentiary record, including judicially noticeable facts, demonstrating how the issues raised in this case form part of a broader pattern and practice of election-related misconduct by the Defendants.

Pursuant to established practice in the Central District of California, Amicus respectfully requests that the Court grant leave to file the attached brief.

**Dated**: October 2, 2025                           Respectfully submitted,

*/s/ Carl Gordon*

Carl Gordon
Amicus Curiae pro se
8306 Wilshire Blvd., No. 792
Beverly Hills, CA 90211
universityofthehood@gmail.com
(310) 926-3939

**CARL GORDON**
**UNIVERSITY OF THE 'HOOD®**
8306 Wilshire Blvd., No. 792
Beverly Hills, CA 90211
Tel. (310) 926-3939
Email: universityofthehood@gmail.com
Amicus Curiae (Pro Se), CARL GORDON

LODGED
CLERK, U.S. DISTRICT COURT
10/2/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___EC___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (SOUTHERN DIVISION)

| | |
|---|---|
| STEVE HILTON, <br><br> Plaintiff, <br><br> v. <br><br> SHIRLEY WEBER, in her official capacity as CALIFORNIA SECRETARY OF STATE, <br><br> GOV. GAVIN NEWSOM in his official capacity, <br><br> Defendants <br> _____ <br><br> and the LEGISLATURE OF CALIFORNIA, <br> Real Parties in Interest <br> _____ | CASE No: 8:25-cv-01988-KK-E <br><br> **[PROPOSED] ORDER GRANTING AMICUS CURIAE CARL GORDON'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF** |

**[PROPOSED] ORDER GRANTING AMICUS CURIAE CARL GORDON'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF**

The Court, having considered the Motion for Leave to File Amicus Curiae Brief submitted by Amicus Curiae Carl Gordon in support of Plaintiff Steve Hilton, and good cause appearing, HEREBY ORDERS as follows:

1. The Motion for Leave to File Amicus Curiae Brief is **GRANTED**.
2. The Amicus Curiae Brief submitted by Carl Gordon shall be deemed filed as of the date of this Order.

IT IS SO ORDERED.

Dated: _____, 2025

Hon. Kenly Kiya Kato
United States District Judge

**Dated**: October 2, 2025                    Respectfully submitted,

*Carl Gordon*

Carl Gordon
Amicus Curiae pro se
8306 Wilshire Blvd., No. 792
Beverly Hills, CA 90211
universityofthehood@gmail.com
(310) 926-3939

**PROOF OF SERVICE**

I, Mae Gordon, declare as follows: I am employed in the City and County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action.
My address is 1125 South Holt Avenue, Apt. 3, Los Angeles, California 90035. On October 2, 2025, I served the following documents: **AMICUS CURIAE CARL GORDON'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF AND NOTICE OF MOTION and [PROPOSED] ORDER**

Court Courtesy Copy (via email) Hon. Judge Kenly Kiya Kato and Hon. Charles F. Eick, MJ
KK_Chambers@cacd.uscourts.gov and E_Chambers@cacd.uscourts.gov

John W. Howard (SBN 80200)
Michelle D. Volk (SBN 217151)
Peter C. Shelling (SBN 351159)
**JW HOWARD │ ATTORNEYS, LTD.**
600 West Broadway, Ste. 1400
San Diego, California 92101
Telephone: (619) 234-2842
Email: johnh@jwhowardattorneys.com
michelle@jwhowardattorneys.com
pshelling@jwhowardattorneys.com
William R. Baber (SBN149614)
7918 El Cajon Blvd. #N162
La Mesa, CA 91942
Telephone: (619)316-0592
Email: wrblaw@flash.net
Attorneys for Plaintiff, Steve Hilton

Jennifer Elizabeth Rosenberg
 Department of Justice, 300 S Spring St, Ste 1702,
Los Angeles, CA 90013-1256
Phone: 213-269-6617
Email jennifer.rosenberg@doj.ca.gov

Executed on October 2, 2025, at Los Angeles, California.
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Mae Gordon*
    Mae Gordon