ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
JENNIFER E. ROSENBERG
IRAM HASAN
DAVID GREEN
Deputy Attorney General
State Bar No. 287176
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone: (916) 210-6242
  Fax: (916) 324-8835
  E-mail: David.Green@doj.ca.gov
*Attorneys for Defendants California Secretary of
State Shirley Weber and Governor Gavin Newsom*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **STEVE HILTON,** | 8:25-cv-01988-KK-E |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| **SHIRLEY WEBER, in her official capacity as California Secretary of State, GOVERNOR GAVIN NEWSOM, in his official capacity,** | |
| Defendants, | |
| _____ | |
| And the **LEGISLATURE OF CALIFORNIA**, | |
| Real Party in Interest. | |

1

1    Please take notice that David Green, an attorney at the California Department

2 of Justice, hereby enters his appearance as counsel for Defendants in the above-

3 captioned matter.

4

5                                    /s/ David Green

6                                    DAVID GREEN

                                     Office of California Attorney General

7                                    Deputy Attorney General

8                                    1300 I Street

                                     Sacramento, CA 95814

9                                    Telephone: (916) 210-6242

                                     Fax: (916) 324-8835

10                                   E-mail: David.Green@doj.ca.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28