John W. Howard (SBN 80200)
**JW HOWARD │ ATTORNEYS, LTD.**
600 West Broadway, Ste. 1400
San Diego, California 92101
Telephone: (619) 234-2842
Email: johnh@jwhowardattorneys.com

Attorney for Plaintiff, Steve Hilton

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (SOUTHERN DIVISION)

| | |
|---|---|
| STEVE HILTON, | Case No.: 8:25-cv-01988-KK-E |
| Plaintiff, | Hon. Kenly Kiya Kato |
| v. | |
| SHIRLEY WEBER, in her official capacity as California Secretary of State, GOV. GAVIN NEWSOM in his official capacity, | **NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i)** |
| Defendants | |
| And the LEGISLATURE OF CALIFORNIA, | |
| Real Parties in Interest | |

**NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i)**

Plaintiff Steve Hilton hereby gives notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) of the voluntary dismissal of this action in its entirety as to all Defendants without prejudice. No Defendant has served an answer or motion for summary judgment.

DATED:  November 4, 2025        **JW HOWARD │ ATTORNEYS, LTD.**


By:  */s/ John W. Howard*
     John W. Howard

     Attorney for Plaintiff,
     Steve Hilton

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

**CERTIFICATE OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On November 4, 2025, I electronically filed the **NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i)** and served the documents using the Court's Electronic CM/ECF Service which will send electronic notification of such filing to all registered counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 4, 2025, at Encinitas, California.

_____/s/ Peter C. Shelling_____
Peter C. Shelling
pshelling@jwhowardattorneys.com